UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE LAMARR HARVEY,

      Plaintiff,

v.

CHARLES JAMSEN, *et al.*,

      Defendants.

_____/

Case No. 23-10049

F. Kay Behm
United States District Judge

Curtis Ivy
United States Magistrate Judge

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S DECEMBER 19, 2023
REPORT AND RECOMMENDATION (ECF No. 48)**

Currently before the Court is Magistrate Judge Curtis Ivy's December 19, 2023 Report and Recommendation.  (ECF No. 48).  Magistrate Judge Ivy recommends that Defendants' motions for summary judgment (ECF Nos. 23, 35, 43) be granted.  (ECF No. 48).  The court is fully advised in the premises and has reviewed the record and the pleadings.  Neither party has filed objections.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter."  *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition

Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and

1

Recommendation (ECF No. 48), **GRANTS** Defendants' motions for summary

judgment (ECF Nos. 23, 35, 43), and **DISMISSES** the complaint without prejudice.

      **SO ORDERED**.

Date: January 16, 2024                    <u>s/F. Kay Behm</u>
                                                    F. Kay Behm
                                                    United States District Judge