UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WAYNE LAMARR HARVEY, | Case No. 23-10049 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| CHARLES JAMSEN, *et al.*, | Curtis Ivy |
| Defendants. | United States Magistrate Judge |
| _____/ | |

**AMENDED OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S DECEMBER 19, 2023
REPORT AND RECOMMENDATION (ECF No. 48)**

Currently before the Court is Magistrate Judge Curtis Ivy's December 19, 2023 Report and Recommendation. (ECF No. 48). Magistrate Judge Ivy recommends that Defendants' motions for summary judgment (ECF Nos. 23, 35, 43) be granted. (ECF No. 48). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and

Recommendation (ECF No. 48) and **GRANTS** Defendants' motions for summary judgment (ECF Nos. 23, 35, 43).

    **SO ORDERED**.

Date: January 16, 2024                      s/F. Kay Behm
                                                         F. Kay Behm
                                                         United States District Judge