UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE LAMARR HARVEY,            Case No. 23-10049

    Plaintiff,                                  F. Kay Behm
v.                                             United States District Judge

CHARLES JAMSEN, *et al.*,              Curtis Ivy
                                                 United States Magistrate Judge

    Defendants.
_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S DECEMBER 5, 2024
<u>REPORT AND RECOMMENDATION (ECF No. 66)</u>**

Currently before the Court is Magistrate Judge Curtis Ivy's December 5, 2024 Report and Recommendation. (ECF No. 66). Magistrate Judge Ivy recommends granting Defendant Bashir's motion for summary judgment and dismissing the Jane Doe defendant because Plaintiff has failed to provide any identifying information. *Id*. The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition

1

Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 66), **GRANTS** Defendant's motion for summary judgment (ECF No. 57), and **DISMISSES** the Jane Doe defendant. This is a final order and closes the case.

**SO ORDERED**.

Date: January 17, 2024            s/F. Kay Behm
                                  F. Kay Behm
                                  United States District Judge